NOVEMBER 12, 1996

No. 96–146. KING v. ILLINOIS BOARD OF ELECTIONS ET AL. Appeal from D. C. N. D. Ill. Judgment vacated, and case remanded for further consideration in light of *Shaw* v. *Hunt,* 517 U. S. 899 (1996), and *Bush* v. *Vera,* 517 U. S. 952 (1996).

No. A–299. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. IOWA UTILITIES BOARD ET AL. Application to vacate the stay issued by the United States Court of Appeals for the Eighth Circuit, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. A–300. ASSOCIATION FOR LOCAL TELECOMMUNICATIONS SERVICES ET AL. v. IOWA UTILITIES BOARD ET AL. Application to vacate the stay issued by the United States Court of Appeals for the Eighth Circuit, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1742. IN RE DISBARMENT OF GOBLE. Harold W. Goble, of Olympia, Wash., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1743. IN RE DISBARMENT OF HENDERSON. John Walton Henderson, Jr., of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1744. IN RE DISBARMENT OF EBBERT. William Herb Ebbert, of Denver, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.